IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 16-cv-03206-RBJ-CBS　　　　Date: June 12, 2017
Courtroom Deputy: Amanda Montoya　　　　FTR – Reporter Deck-Courtroom A402

*Parties:*　　　　　　　　　　　　　　　　*Counsel:*

JOHN CLARK BRIDGES,　　　　　　　　　　*Pro se* (by phone)

Plaintiff,

v.

C. FERNANDEZ, *et al.,*　　　　　　　　　Ian Kellogg

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 09:57 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the current status, pending motions, and the Plaintiff's *pro se* status. Mr. Bridges mailed a sur-reply to the motion to dismiss last week. The court will await this filing.

Statement by Mr. Bridges regarding allegations in the complaint and exhaustion.

**ORDERED:**　*[22] Motion for Appointment of Counsel* and *[28] Motion for Appointment of Counsel* are **DENIED without prejudice.** If this case proceeds to discovery, the Plaintiff may file a new motion.

　*[35] Motion for Trial by Jury* is **DENIED**. The Plaintiff does not need to file a motion for a jury trial.

　*[36] Subpoena For the Production of Documentary Evidence or Objects* is **DENIED without prejudice.**

　*[40] Motion for TRO/Preliminary Injunctive Relief* is **DENIED.**

Statement by Mr. Bridges regarding today's rulings and his competency. If the Plaintiff believes he is incompetent, he can file a motion under Federal Rules of Civil Procedure 17(c).

HEARING CONCLUDED.

**Court in recess: 11:02 a.m.**
Total time in court: 01:05

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.